**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 02-2357**

———

ROSE M. O'NEAL,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; DEPARTMENT OF THE
ARMY; TRIPLER ARMY MEDICAL CENTER; CHAMPUS,
Department of Defense,

Defendants - Appellees.

———

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-02-870-A)

———

Submitted: January 16, 2003          Decided: January 22, 2003

———

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Rose M. O'Neal, Appellant Pro Se. Lawrence Joseph Leiser, Assistant
United States Attorney, Alexandria, Virginia, for Appellees.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rose M. O'Neal appeals the district court's judgment dismissing her Federal Tort Claims Act complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See O'Neal v. United States, CA-02-870-A (E.D. Va. Sept. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED